UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Regina Joann Myers, )
)
    Plaintiff, )
)
v. )   Civil Action No. 14-506
)
Shirley Myers & Family, )
)
    Defendants. )
)

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a resident of Capitol Heights, Maryland, suing an individual (and family) who also reside in Capitol Heights, Maryland. The complaint presents neither a federal question nor a basis for diversity jurisdiction since both parties reside in the same state. Furthermore, plaintiff

has not pleaded an amount in controversy. Hence, this case will be dismissed without prejudice. A separate Order accompanies this Memorandum Opinion.

DATE: March 18, 2014

United States District Judge